**UNITED STATES of America, Appellee,**

v.

**Stacy BASS, Appellant.**

No. 11–1474.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 4, 2011.

Filed: Nov. 10, 2011.

Shawn Wehde, U.S. Attorney's Office, Sioux City, IA, for Appellee.

Stacy Bass, Waseca, MN, pro se.

Richard Scott Rhinehart, Rhinehart Law, Sioux City, IA, for Appellant.

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

of Iowa.

PER CURIAM.

Stacy Bass pleaded guilty to conspiring to distribute 500 grams of a mixture containing at least 50 grams of pure methamphetamine, *see* 21 U.S.C. §§ 841(a)(1), (b)(1)(A) (10–year minimum prison term), and 846; and distributing, and aiding and abetting others in the distribution of, approximately 27.77 grams of a mixture containing 11.66 grams of pure methamphetamine, *see* 21 U.S.C. § 841(a)(1), (b)(1)(B) and 18 U.S.C. § 2. The district court[1] sentenced Bass to concurrent terms of 120 months in prison. Her counsel has moved to withdraw and filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), asserting that the government acted in bad faith in refusing to move under 18 U.S.C. § 3553(e) and U.S.S.G. § 5K1.1 for a sentence reduction based on Bass's substantial assistance.

The challenge is unavailing because there is no indication in the record that the government's decision not to move for a sentence reduction was improper. *See United States v. Perez*, 526 F.3d 1135, 1138–39 (8th Cir.2008); *United States v. Wattree*, 431 F.3d 618, 624 (8th Cir.2005); *United States v. Chacon*, 330 F.3d 1065, 1066 (8th Cir.2003).

Having reviewed the record under *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues. Accordingly, we grant counsel's motion, and affirm the judgment.

---

1. The Honorable Mark W. Bennett, United States District Judge for the Northern District of Iowa.